# CAVANAGH & O'HARA
### Attorneys At Law

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara

James P. Moody
Daniel M. McLaughlin*

*Licensed in Missouri & Illinois

Of Counsel
Michael J. Masterson, P.C.

Swansea Office
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
TeleFax (618) 222-6755

Chicago Office
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

June 24, 2004

## FIRST AND FINAL NOTICE

**Via Certified Mail**
Coit Excavating a/d/b/a Central Illinois Hardwood
c/o Coit, Inc.
**Attn: Chad Coit**
5 County Road 2300 North
Mahomet, IL 61853

    Re:    *Central Laborers' Fringe Benefit Funds*
           *Payroll Compliance Audit/Delinquent Contributions Due*

Dear Mr. Coit:

    Please be advised, this office serves as counsel to the Central Laborers' Fringe Benefit Funds. As such, we have been advised that your company has failed to comply with the scheduling of a payroll compliance audit for the period of November 2001 through current. In addition, we have been advised, per the enclosed breakdown, that your company owes $951.45 for delinquent contributions.

    **Please contact this office with respect to scheduling a payroll compliance audit and remit a certified check or money order in the amount of $951.45 made payable to the Central Laborers' Pension, Welfare and Annuity Funds, on or before Thursday, July 1, 2004.** <u>Failure to comply with any of the above will leave this office with no other alternative but to file formal legal proceedings to collect and compel same.</u> This will result in additional costs and inconvenience to you, including assessment of our attorneys' fees in collecting the same. Please avoid these consequences by immediate payment of the same.

    Should you have any questions, please do not hesitate to contact this office.

                             Very truly yours,

                             James P. Moody

Enclosure
cc:    Central Laborers' Pension, Welfare and Annuity Funds/Dan Koeppel
        Romolo and Associates/Michelle Shadid
        Coit, Inc., via regular mail
JPM/rd
F:\files\CENTRAL\L-Coit.rev2.FFN.AUD.DEL.wpd


EXHIBIT F

# CAVANAGH & O'HARA
### Attorneys At Law

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara

James P. Moody
Daniel M. McLaughlin*
*Licensed in Missouri & Illinois

Of Counsel
Michael J. Masterson, P.C.

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

Swansea Office
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
TeleFax (618) 222-6755

Chicago Office
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

June 16, 2004

## FIRST AND FINAL NOTICE

**Via Certified Mail**
Coit, Inc.
Coit Excavating
Central Illinois Hardwood
**Attn: Chad Coit**
504-H North McKinley
Mansfield, IL 61854

Re:   *Central Laborers' Fringe Benefit Funds*
      *Payroll Compliance Audit/Delinquent Contributions Due*

Dear Mr. Coit:

Please be advised, this office serves as counsel to the Central Laborers' Fringe Benefit Funds. As such, we have been advised that your company has failed to comply with the scheduling of a payroll compliance audit for the period of November 2001 through current. In addition, we have been advised, per the enclosed breakdown, that your company owes $951.45 for delinquent contributions.

**Please contact this office with respect to scheduling a payroll compliance audit and remit a certified check or money order in the amount of $951.45 made payable to the Central Laborers' Pension, Welfare and Annuity Funds, on or before Wednesday, June 30, 2004. Failure to comply with any of the above will leave this office with no other alternative but to file formal legal proceedings to collect and compel same.** This will result in additional costs and inconvenience to you, including assessment of our attorneys' fees in collecting the same. Please avoid these consequences by immediate payment of the same.

Should you have any questions, please do not hesitate to contact this office.

Very truly yours,

James P. Moody

Enclosure
cc:   Central Laborers' Pension, Welfare and Annuity Funds/Dan Koeppel
      Romolo and Associates/Michelle Shadid
JPM/rd
F:\files\CENTRAL\L-Coit.FFN.AUD.DEL.wpd