E-FILED
Monday, 20 September, 2004 12:07:23 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, GREAT PLAINS ANNUITY FUND, GREAT PLAINS ANNUITY PREMIUM FUND, NORTH CENTRAL LABORERS' WELFARE FUND, ILLINOIS LABORERS' TRAINING TRUST FUND, CENTRAL ILLINOIS BUILDERS INDUSTRIAL ADVANCEMENT FUND, NORTH CENTRAL ILLINOIS LABORERS' AND EMPLOYERS' COOPERATION EDUCATION TRUST (NC LECET), CENTRAL ILLINOIS LABORERS' VACATION FUND, CENTRAL ILLINOIS MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS LABORERS' MARKET PRESERVATION FUND, CENTRAL ILLINOIS LABORERS' POLITICAL LEAGUE, OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION LOCAL #18, AREA #152, and LABORERS' LOCAL #362, <br><br>              Plaintiffs,<br>vs.<br><br>COIT, INC., d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No.<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, JAMES P. MOODY, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by me in this cause:

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 06/16/04 | Received and reviewed correspondence from Dan Koeppel of Fund Office regarding payroll compliance audit of employer, known delinquent contributions due, authorization to file suit and applicable information with regard to same; Research corporate information; Preparation of first and final demand letter to employer with regard to compliance with audit and payment of delinquencies. | 1.00 |

1


EXHIBIT
G

| | | |
|---|---|---:|
| 06/21/04 | Received and reviewed returned certified mail as "not deliverable as addressed"; Research address; Revise first and final notice and re-send. | 0.30 |
| 06/24/04 | Received and reviewed certified mail returned again as "not deliverable as addressed"; Research address again; Attempt to contact employer via telephone (two numbers) with no answer at either; Telephone conference with Mansfield Post Office; Coit indicated as having moved over a year ago; Review file; Revise letter and forward to Mahomet address. | 1.00 |
| 07/02/04 | Review file; Preparation of draft two count Complaint for payroll compliance audit and known delinquencies; Preparation of Affidavit in Support of Attorney's Fees, Certificate of Interest, draft Civil Cover Sheet, and draft Summons; Telephone conference with Champaign County Sheriff regarding fee for service of Summons and Complaint. | 2.00 |
| 09/17/04 | Finalize Complaint, Affidavit in Support of Attorney's Fees, Summons, Civil Cover Sheet and Certificate of Interest; Assembly of Complaint with exhibits; Transmittal of same for filing via electronic filing. | 1.00 |
| | TOTAL HOURS 5.30 x $175.00 PER HOUR | $927.50 |
| 09/17/04 | U.S. District Court – filing fee | $150.00 |
| 09/17/04 | Champaign County Sheriff – service fee | 49.00 |
| | **TOTAL COSTS AND FEES** | **$1,126.50** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

_____
JAMES P. MOODY

SUBSCRIBED and SWORN to before me this 17th day of September, 2004.

_____
Notary Public

**CAVANAGH & O'HARA**
407 East Adams Street
Post Office Box 5043
Springfield, Illinois 62705
Telephone: (217) 544-1771
F:\files\CENTRAL\Coit Excavating, Coit, Inc., Central IL Hardwood\A-Coit.AUD.DEL.FEE.wpd

OFFICIAL SEAL
RITA DOLACK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-8-2006

2