IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, GREAT PLAINS ANNUITY FUND, GREAT PLAINS ANNUITY PREMIUM FUND, NORTH CENTRAL LABORERS' WELFARE FUND, ILLINOIS LABORERS' TRAINING TRUST FUND, CENTRAL ILLINOIS BUILDERS INDUSTRIAL ADVANCEMENT FUND, NORTH CENTRAL ILLINOIS LABORERS' AND EMPLOYERS' COOPERATION EDUCATION TRUST (NC LECET), CENTRAL ILLINOIS LABORERS' VACATION FUND, CENTRAL ILLINOIS MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS LABORERS' MARKET PRESERVATION FUND, CENTRAL ILLINOIS LABORERS' POLITICAL LEAGUE, OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION LOCAL #18, AREA #152, and LABORERS' LOCAL #362, Plaintiffs, vs. COIT, INC., d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD, Defendant. | No. |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for Plaintiffs, CENTRAL LABORERS' PENSION FUND, et al., furnished the following in compliance with Standing Order CDIL of this Court.

(a)   CENTRAL LABORERS' PENSION FUND, GREAT PLAINS ANNUITY FUND, GREAT PLAINS ANNUITY PREMIUM FUND, NORTH CENTRAL LABORERS' WELFARE FUND, ILLINOIS LABORERS' TRAINING TRUST FUND, CENTRAL ILLINOIS BUILDERS INDUSTRIAL ADVANCEMENT FUND, NORTH CENTRAL ILLINOIS LABORERS' AND EMPLOYERS' COOPERATION EDUCATION TRUST (NC LECET), CENTRAL ILLINOIS LABORERS' VACATION FUND, CENTRAL ILLINOIS MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS LABORERS' MARKET PRESERVATION FUND, CENTRAL ILLINOIS LABORERS' POLITICAL LEAGUE, OPERATIVE PLASTERERS' AND CEMENT MASONS'

        INTERNATIONAL ASSOCIATION LOCAL #18, AREA #152, and LABORERS' LOCAL #362.

(b)    Not applicable.

(c)    CAVANAGH & O'HARA
       William K. Cavanagh
       Michael O'Hara
       Patrick J. O'Hara
       James P. Moody
       Daniel M. McLaughlin

DATED this 17th day of September, 2004.

                                                s/ James P. Moody
                                                JAMES P. MOODY

**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217)-544-1771
F:\files\CENTRAL\Coit Excavating, Coit, Inc., Central IL Hardwood\C-Interest.Coit.AUD.DEL.wpd