E-FILED
Monday, 20 September, 2004 12:29:11 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

CENTRAL LABORERS' PENSION FUND, et al.,

       Plaintiffs,

V.

COIT, INC. d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD,

       Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-3209

TO: (Name and address of defendant)

Chad Coit, President -- PERSONAL SERVICE ONLY
5 County Road 2300 North
Mahomet, IL  61853

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL  62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK [signature redacted]

(BY) DEPUTY CLERK [signature redacted]

DATE  9/20/04