# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

CENTRAL LABORERS' PENSION FUND,
et al.,

    Plaintiffs,

V.

COIT, INC. d/b/a COIT EXCAVATING a/k/a
CENTRAL ILLINOIS HARDWOOD,

    Defendant.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-3209

2004-SM-3209

TO: (Name and address of defendant)

Chad Coit, President -- PERSONAL SERVICE ONLY
5 County Road 2300 North
Mahomet, IL 61853

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: John M. Waters

(BY) DEPUTY CLERK: Christy Taylor

DATE: 9/20/04

[PAID $419.00 SEP 20 2004 CHAMPAIGN COUNTY SHERIFF'S OFFICE stamp]

```
Control # 200410500              SHERIFF'S OFFICE OF CHAMPAIGN COUNTY, ILLINOIS
```
3:04-cv-03209-JES-BGC    # 4    Page 2 of 3
```
Case #:  2004SM 3209             Type SUM        Def#-  1 of  1    Origin- 83
```

```
Court Date:    /00/0000      Date Filed: 9/20/2004 Date Rec'd:  9/29/2004  9:51:
```

Defendant: COIT CHAD          —Persoal Service Only—         Attempted Services
Address:   5 CR 2300N, MAHOMET                                  Date      Time

Employer:                                                     547  10-2   18:36
Address:

Plaintiff: CENTRAL LABORERS PEN   SION FUND
Address:
Phone:
Service Info/Comments:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   20 DAY SUMMONS  ** PERSONAL SERVICE ONLY**
   217/544-1771
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
I Certify that I served this process on the defendant as follows:

✓  1-PERSONAL SERVICE: By leaving a copy of the      SUMMONS      and
      complaint with the named defendant personally.

___ 2-SUBSTITUTE SERVICE: By leaving a copy of said     SUMMONS      at his
      usual place of abode with a person of the family of said defendant
      of age 13 years or upward and by informing such person with whom said
          SUMMONS          was left of the contents thereof and by also sending
      a copy of said PROCESS in a sealed envelope, postage fully prepaid,
      addressed to the said defendant at his usual place of abode.

___ 3-CORPORATION  SERVICE: By leaving a copy of the     SUMMONS
      with an agent of said  corporation.

___ 4-NOT FOUND: The within named defendant not found in this county.

___ 5-OTHER (     SUMMONS       ):

Person Served: Chad R. Coit            Address: 5CR/2300N Mahomet
SEX M   RACE W   DOB 4/2/72    HT___  WT___  Mailed Date:____
Date Served: 10/3/04   Time: 1140h

DAN WALSH, SHERIFF CHAMPAIGN COUNTY      BY: [signature]          ,DEPUTY
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

                      REASON NOT SERVED:
            ___ 01 MOVED - NO FORWARDING    ___ 06 EMPLOYER REFUSAL
            ___ 02 NO SUCH ADDRESS          ___ 07 DECEASED
            ___ 03 NO CONTACT MADE          ___ 08 EVADED SERVICE
            ___ 04 WRONG ADDRESS            ___ 09 RETURNED PER ATTY
            ___ 05 MOVED - FORWARDING_____,
ATT/PLF              POOR PERSON OR        SHERIFF'S SERVICE FEES
                      NO CHARGE____         SERVICE       $ 30
CAVANAUGH & OHARA                           MILES TRAVELED $ 14
POB 5043                                    RETURN        $ 5
                      BALANCE DUE           TOTAL         $ 49.00
SPRINGFIELD IL 62705


IT IS IMPORTANT THAT THIS SHEET IS ATTACHED TO YOUR PAYMENT.
IT WILL BE RETURNED TO YOU WITH YOUR RECEIPT.

```
          C H A M P A I G N   C O U N T Y
          SHERIFF'S OFFICE - CIVIL DIV.
                204 E MAIN, URBANA, IL
                       384-1204

                  *************
                  *  RECEIPT  *
                  *************

DATE: 6/29/2004             CONTROL #200410500
CASE #: 2004 SM 3209              DEF#: 1 OF  1
PLF: CENTRAL LABORERS PENSION FUND
DEF: COIT                    CHAD
PAYEE: ATTORNEY                        TYPE: CK
COMMENT: CK # 5542
                                          49.00
                                        -------
SUMMONS            RECEIPT TOTAL:         49.00

RECEIPT#: 140702   REC'D BY: DB
DEPOSIT#:    208
```