E-FILED
Friday, 05 November, 2004 01:42:26 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL LABORERS' PENSION FUND, GREAT )
PLAINS ANNUITY FUND, GREAT PLAINS ANNUITY )
PREMIUM FUND, NORTH CENTRAL LABORERS' )
WELFARE FUND, ILLINOIS LABORERS' TRAINING )
TRUST FUND, CENTRAL ILLINOIS BUILDERS )
INDUSTRIAL ADVANCEMENT FUND, NORTH )
CENTRAL ILLINOIS LABORERS' AND EMPLOYERS' )
COOPERATION EDUCATION TRUST (NC LECET), )
CENTRAL ILLINOIS LABORERS' VACATION FUND, )
CENTRAL ILLINOIS MIDWEST REGION )
FOUNDATION FOR FAIR CONTRACTING, CENTRAL )
ILLINOIS LABORERS' MARKET PRESERVATION )
FUND, CENTRAL ILLINOIS LABORERS' POLITICAL )
LEAGUE, and LABORERS' LOCAL #362 )
)
                Plaintiffs, )
vs. ) No.    04-3209
)
COIT, INC., d/b/a COIT EXCAVATING a/k/a CENTRAL )
ILLINOIS HARDWOOD, )
)
                Defendant. )

## REQUEST FOR ENTRY OF DEFAULT

NOW COME Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and for its Request for Entry of Default, state as follows:

1.    That the Complaint in this matter was filed on September 20, 2004.

2.    That on October 3, 2004, Defendant, COIT, INC. d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD, through its President, Chad Coit, was duly served by Sheriff's Office of Champaign County, with the Complaint and Summons in this matter. A copy of the Proof of Service of Summons is attached hereto and incorporated herein as **Exhibit A**.

3.    That the Defendant has failed to file a responsive pleading within the statutory time

frame.

4. That the claim of Plaintiffs is for an account be taken by the Plaintiffs for the period from November 1, 2001, to June 30, 2004, as to wages received and hours worked by Defendant's employees to determine amounts required to be paid by the Defendant to the Plaintiffs.

5. That Defendant owes Plaintiffs delinquent contributions in the amount of $951.45, and further, any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered. A breakdown of the known delinquent contributions is attached hereto and incorporated herein as **Exhibit B**.

6. That the Defendant owes attorney's fees in the amount of $1,476.50. The Amended Affidavit in Support of Attorney Fees of James P. Moody is attached hereto and incorporated herein as **Exhibit C**.

7. Attached hereto is the Affidavit of James P. Moody in Support of the Motion for Default Judgment.

WHEREFORE, Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, pray that this Court enter Default Judgment against Defendant, COIT, INC. d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD, and in favor of Plaintiffs.

CENTRAL LABORERS' PENSION FUND, *et al.*,
Plaintiffs,

By:     s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
jim@cavanagh-ohara.com

## PROOF OF SERVICE

     The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 5th day of November, 2004:

Mr. Chad Coit, President
Coit, Inc./Coit Excavating/Central IL Hardwood
5 County Road 2300 North
Mahomet, IL 61853

and that the original was filed with the Clerk of the Court in which said cause is pending.

By:      s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
jim@cavanagh-ohara.com