IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, GREAT PLAINS ANNUITY FUND, GREAT PLAINS ANNUITY PREMIUM FUND, NORTH CENTRAL LABORERS' WELFARE FUND, ILLINOIS LABORERS' TRAINING TRUST FUND, CENTRAL ILLINOIS BUILDERS INDUSTRIAL ADVANCEMENT FUND, NORTH CENTRAL ILLINOIS LABORERS' AND EMPLOYERS' COOPERATION EDUCATION TRUST (NC LECET), CENTRAL ILLINOIS LABORERS' VACATION FUND, CENTRAL ILLINOIS MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS LABORERS' MARKET PRESERVATION FUND, CENTRAL ILLINOIS LABORERS' POLITICAL LEAGUE, and LABORERS' LOCAL #362,<br><br>          Plaintiffs,<br>vs.<br><br>COIT, INC., d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD,<br><br>          Defendant. | No.    04-3209 |

**AFFIDAVIT PURSUANT TO STANDING ORDER**
**IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

JAMES P. MOODY, being first duly sworn, on oath states that he is one of the attorneys for the above-referenced Plaintiffs and in such capacity represents the Plaintiffs in the above-entitled and numbered action;

That on October 3, 2004, Defendant, COIT, INC. d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD, through its President, Chad Coit, was duly served by Sheriff's Office of Champaign County, with the Complaint and Summons in this matter; that the said Defendant has failed to appear, plead, or otherwise defend herein within the time allowed and is therefore in default; that to his best information and belief, the Defendant is not an infant or an

incompetent person and not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended; that the claim of Plaintiffs is for an account be taken by the Plaintiffs for the period from November 1, 2001, to June 30, 2004, as to wages received and hours worked by Defendant's employees to determine amounts required to be paid by the Defendant to the Plaintiffs, delinquent contributions in the amount of $951.45, and further, any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered; and attorney fees and court costs to date in the amount of $1,476.50. That this Affidavit is made for the purpose of requesting that Default Judgment be entered against the Defendant, COIT, INC. d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD

_____
JAMES P. MOODY
CAVANAGH & O'HARA
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
jim@cavanagh-ohara.com

Subscribed and sworn to before me this 5th day of November, 2004.

_____
NOTARY PUBLIC

OFFICIAL SEAL
COURTNEY J. VALENTI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-20-2008