# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

CENTRAL LABORERS' PENSION FUND,
et al.,

    Plaintiffs,

V.

COIT, INC. d/b/a COIT EXCAVATING a/k/a
CENTRAL ILLINOIS HARDWOOD,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-3209

2004-SM-3209

TO: (Name and address of defendant)

    Chad Coit, President -- PERSONAL SERVICE ONLY
    5 County Road 2300 North
    Mahomet, IL 61853

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    James P. Moody
    Cavanagh & O'Hara
    407 East Adams Street
    Springfield, IL 62701
    (217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PAID
$49.00
SEP 2_ 2004
CHAMPAIGN COUNTY
SHERIFF'S OFFICE

John M. Waters
CLERK

9/20/04
DATE

Christy Taylor
(BY) DEPUTY CLERK

EXHIBIT
A

```
Control # 20041050D              SHERIFF'S OFFICE OF CHAMPAIGN COUNTY, ILLINOIS
Case #:  2004SM 3209             Type SUM         Def#- 1 of  1   Origin- 83
Court Date:    /00/0000          Date Filed: 9/20/2004 Date Rec'd:  9/29/2004  9:51:

Defendant: COIT CHAD          -Personal Service Only-        Attempted Services
Address:   5 CR 2300N, MAHOMET                                    Date      Time

Employer:                                                    547  10-2   18:36
Address:

Plaintiff: CENTRAL LABORERS PEN  SION FUND
Address:                                                     _____  ____:___
Phone:
Service Info/Comments:                                       _____  ____:___
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   20 DAY SUMMONS  ** PERSONAL SERVICE ONLY**
   217/544-1771
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
I Certify that I served this process on the defendant as follows:

 ✓  1-PERSONAL SERVICE: By leaving a copy of the _____SUMMONS_____ and
    complaint with the named defendant personally.

____ 2-SUBSTITUTE SERVICE: By leaving a copy of said _____SUMMONS_____ at his
    usual place of abode with a person of the family of said defendant
    of age 13 years or upward and by informing such person with whom said
    _____SUMMONS_____ was left of the contents thereof and by also sending
    a copy of said PROCESS in a sealed envelope, postage fully prepaid,
    addressed to the said defendant at his usual place of abode.

____ 3-CORPORATION  SERVICE: By leaving a copy of the _____SUMMONS_____
    with an agent of said  corporation.

____ 4-NOT FOUND: The within named defendant not found in this county._____

____ 5-OTHER (     SUMMONS      ):  _____

Person Served: Chad R. Coit              Address: 5CR/2300N Mahomet
SEX  M   RACE W   DOB 4/2/72   HT____  WT____   Mailed Date:_____
Date Served: 10/3/04   Time: 1140h
DAN WALSH, SHERIFF CHAMPAIGN COUNTY       BY: _____, DEPUTY
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

                            REASON NOT SERVED:
                 ___ 01 MOVED - NO FORWARDING   ___ 06 EMPLOYER REFUSAL
                 ___ 02 NO SUCH ADDRESS         ___ 07 DECEASED
                 ___ 03 NO CONTACT MADE         ___ 08 EVADED SERVICE
                 ___ 04 WRONG ADDRESS           ___ 09 RETURNED PER ATTY
                 ___ 05 MOVED - FORWARDING _____:

ATT/PLF                       POOR PERSON OR         SHERIFF'S SERVICE FEES
                                NO CHARGE____        SERVICE_____ $ 30
CAVANAUGH & OHARA                                    MILES TRAVELED $   14
POB 5043                                             RETURN_____ $  5
                              BALANCE DUE            TOTAL_____ $ 49.00
SPRINGFIELD IL 62705

IT IS IMPORTANT THAT THIS SHEET IS ATTACHED TO YOUR PAYMENT.
IT WILL BE RETURNED TO YOU WITH YOUR RECEIPT.
```

```
           C H A M P A I G N   C O U N T Y
           SHERIFF'S OFFICE - CIVIL DIV.
                204 E MAIN, URBANA, IL
                      384-1204
                   **********
                   * RECEIPT *
                   **********

                                    CONTROL #200410500
                                    DEF#:  1 OF  1

DATE: 6/29/2004
CASE #: 2004 SM 3209
PLF: CENTRAL LABORERS PENSION FUND
DEF: COIT                CHAD
PAYEE: ATTORNEY                    TYPE: CK
COMMENT: CK # 5542
                                              49.00
                                     ─────────────────
                                     RECEIPT TOTAL:
                                              49.00

SUMMONS                              REC'D BY: DB

RECEIPT#: 140702
DEPOSIT#:    208
```