May 18, 2004

E-FILED
Friday, 05 November, 2004 01:43:54 PM
Clerk, U.S. District Court, ILCD

Coit Excavating
504 N McKinley #H
Mansfield, IL  61854

Delinquent Contributions Due: 06/03-08/03, Local 362

| | | |
|---|---:|---:|
| Pension | $945.00 | |
| Sub Total | $945.00 | |
| Amount Paid | (708.00) | |
| Amout Due | $237.00 | $237.00 |
| | | |
| GP Annuity | $639.45 | |
| GPAnnuity Prem | 69.02 | |
| NC Welfare | 1,354.50 | |
| Training | 126.00 | |
| CIBIAF | 37.80 | |
| LECET | 37.80 | |
| Vacation | 189.00 | |
| MRFFC | 31.50 | |
| Mkt Pres | 141.75 | |
| LPL | 15.75 | |
| Sub Total | $2,642.57 | |
| Amount Paid | (1,928.12) | |
| Total | $714.45 | $714.45 |
| | | |
| Grand Total Due | | $951.45 |


EXHIBIT B

Coit Excavating

Dan Whalen
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

| Month | Jun-03 | Jul-03 | Aug-03 | Total |
|---|---|---|---|---|
| Total Hours | 57.00 | 146.50 | 111.50 | 315.00 |
| Premium Hours | 4.50 | 16.25 | 13.25 | 34.00 |

| Fund | Rates | | | |
|---|---|---|---|---|
| Pension | $3.00 | $3.00 | $3.00 | $3.00 |

| | | | | | |
|---|---|---|---|---|---|
| Amount Due | $171.00 | $439.50 | $334.50 | $945.00 | |
| Amount Paid | | | | $708.00 | |
| Balance Due Central Laborers' | | | | $237.00 | $237.00 |

| Fund | Rates | | | |
|---|---|---|---|---|
| GPANN* | $2.03 | $2.03 | $2.03 | |
| GPAPR* | $2.03 | $2.03 | $2.03 | |
| NCWEL* | $4.30 | $4.30 | $4.30 | |
| TRAINING* | $0.40 | $0.40 | $0.40 | |
| CIBIAF* | $0.12 | $0.12 | $0.12 | |
| LECET* | $0.12 | $0.12 | $0.12 | |
| VACAT* | $0.60 | $0.60 | $0.60 | |
| MRFFC* | $0.10 | $0.10 | $0.10 | |

| Fund | Amount Due | | | | |
|---|---|---|---|---|---|
| GPANN* | $115.71 | 297.40 | 226.35 | 639.45 | |
| GPAPR* | 9.14 | 32.99 | 26.90 | 69.02 | |
| NCWEL* | 245.10 | 629.95 | 479.45 | 1,354.50 | |
| TRAINING* | 22.80 | 58.60 | 44.60 | 126.00 | |
| CIBIAF* | 6.84 | 17.58 | 13.38 | 37.80 | |
| LECET* | 6.84 | 17.58 | 13.38 | 37.80 | |
| VACAT* | 34.20 | 87.90 | 66.90 | 189.00 | |
| MRFFC* | 5.70 | 14.65 | 11.15 | 31.50 | |
| Amount Due | $446.33 | $1,156.64 | $882.10 | $2,485.07 | |
| | | | | | |
| Amount Paid | | | | $1,810.12 | |
| Balance Due NC WEL | | | | $674.95 | $674.95 |

| Fund | Rates | | | |
|---|---|---|---|---|
| Mkt Pres | 0.45 | 0.45 | 0.45 | |
| LPL | 0.05 | 0.05 | 0.05 | |

| Fund | Amount Due | | | | |
|---|---|---|---|---|---|
| Mkt Pres | $25.65 | $65.93 | $50.18 | $141.75 | |
| LPL | $2.85 | $7.33 | $5.58 | $15.75 | |
| | $28.50 | $73.25 | $55.75 | $157.50 | |
| | | | | | |
| Amount Paid | | | | $118.00 | |
| Balance Due NC WEL | | | | $39.50 | $39.50 |

| | | | | | |
|---|---|---|---|---|---|
| Total Remaining Due | | | | | $951.45 |

GPLAF TOTAL DISCREPANCIES AS OF 2.19.2004DKREV.coit excavating.03/15/2004