IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL LABORERS' PENSION FUND, GREAT )
PLAINS ANNUITY FUND, GREAT PLAINS ANNUITY )
PREMIUM FUND, NORTH CENTRAL LABORERS' )
WELFARE FUND, ILLINOIS LABORERS' TRAINING )
TRUST FUND, CENTRAL ILLINOIS BUILDERS )
INDUSTRIAL ADVANCEMENT FUND, NORTH )
CENTRAL ILLINOIS LABORERS' AND EMPLOYERS' )
COOPERATION EDUCATION TRUST (NC LECET), )
CENTRAL ILLINOIS LABORERS' VACATION FUND, )
CENTRAL ILLINOIS MIDWEST REGION )
FOUNDATION FOR FAIR CONTRACTING, CENTRAL )
ILLINOIS LABORERS' MARKET PRESERVATION )
FUND, CENTRAL ILLINOIS LABORERS' POLITICAL )
LEAGUE, and LABORERS' LOCAL #362 )
                                         )
              Plaintiffs,                )
    vs.                                  )  No.    04-3209
                                         )
COIT, INC., d/b/a COIT EXCAVATING a/k/a CENTRAL )
ILLINOIS HARDWOOD,                       )
                                         )
              Defendant.                 )

## ORDER OF DEFAULT

This cause coming on to be heard before the Court upon Plaintiffs' Request for Entry of Default. The Court, being fully advised in the premises, finds that Defendant, COIT, INC. d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD, has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against Defendant, COIT, INC. d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD, for its failure to answer in this cause in a timely manner as provided by the Federal Rules of Civil Procedure and the rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiffs make application to the District Court for the entry of a Default Judgment against Defendant, COIT, INC. d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD

ENTERED this_____day of_____, 2004.

                                                                    _____
                                                                    **United States Magistrate Judge**