IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL LABORERS' PENSION FUND, GREAT )
PLAINS ANNUITY FUND, GREAT PLAINS ANNUITY )
PREMIUM FUND, NORTH CENTRAL LABORERS' )
WELFARE FUND, ILLINOIS LABORERS' TRAINING )
TRUST FUND, CENTRAL ILLINOIS BUILDERS )
INDUSTRIAL ADVANCEMENT FUND, NORTH )
CENTRAL ILLINOIS LABORERS' AND EMPLOYERS' )
COOPERATION EDUCATION TRUST (NC LECET), )
CENTRAL ILLINOIS LABORERS' VACATION FUND, )
CENTRAL ILLINOIS MIDWEST REGION )
FOUNDATION FOR FAIR CONTRACTING, CENTRAL )
ILLINOIS LABORERS' MARKET PRESERVATION )
FUND, CENTRAL ILLINOIS LABORERS' POLITICAL )
LEAGUE, and LABORERS' LOCAL #362 )
                                         )
                    Plaintiffs,          )
    vs.                                  )  No.      04-3209
                                         )
COIT, INC., d/b/a COIT EXCAVATING a/k/a CENTRAL )
ILLINOIS HARDWOOD,                       )
                                         )
                    Defendant.           )

## MOTION FOR DEFAULT JUDGMENT

NOW COME Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, by and through

its attorneys, Cavanagh & O'Hara, and move this Court for a Default Judgment against the

Defendant, COIT, INC. d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD,

and in support thereof, state:

1.    That the Complaint in this matter was filed on September 20, 2004.

2.    That on October 3, 2004, Defendant, COIT, INC. d/b/a COIT EXCAVATING a/k/a

CENTRAL ILLINOIS HARDWOOD, through its President, Chad Coit, was duly served by Sheriff's

Office of Champaign County, with the Complaint and Summons in this matter.

3.    That the Defendant has failed to file a responsive pleading within the statutory time frame.

4.    That the claim of Plaintiffs is for an account be taken by the Plaintiffs for the period from November 1, 2001, through June 30, 2004, as to wages received and hours worked by Defendant's employees to determine amounts required to be paid by the Defendant to the Plaintiffs, delinquent contributions in the amount of $951.45, and further, any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered.

5.    That this Honorable Court entered an Order of Default on November 8, 2004.

6.    That the Plaintiffs are entitled to their attorney fees incurred in this matter.  Attached hereto and incorporated herein, as **Exhibit A**, is the Amended Affidavit in Support of Attorney Fees of James P. Moody.

WHEREFORE, Plaintiffs pray for Judgment against the Defendant, COIT, INC. d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD, as follows:

A.    That Judgment be entered in favor of the Plaintiffs and against the Defendant for an account be taken by the Plaintiffs for the period from November 1, 2001, through June 30, 2004, as to wages received and hours worked by Defendant's employees to determine amounts required to be paid by the Defendant to the Plaintiffs, delinquent contributions in the amount of $951.45, and further, any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered;

B.    That Defendant be specifically required to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs the required contribution reports and payments;

C.    That Defendant be decreed to pay to the Plaintiffs attorney fees to date in the amount of $1,537.75, as provided by ERISA, 29 U.S.C. Section 1132(g)(2), and the trust agreements;

D.      That Defendant be decreed to pay all costs attendant to the cost of these proceedings; and

E.      That Plaintiffs be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

Respectfully submitted,
CENTRAL LABORERS' PENSION FUND, *et al.*,
Plaintiffs,

By:  _____ s/ James P. Moody _____
          JAMES P. MOODY
          **CAVANAGH & O'HARA**
          Attorneys for Plaintiffs
          407 East Adams
          Post Office Box 5043
          Springfield, IL  62705
          Telephone:  (217)  544-1771
          Fax: (217) 544-9894
          jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 9th day of November, 2004:

Mr. Chad Coit, President
Coit, Inc./Coit Excavating/Central IL Hardwood
5 County Road 2300 North
Mahomet, IL 61853

and that the original was filed with the Clerk of the Court in which said cause is pending.

By: _____ s/ James P. Moody _____
JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL  62705
Telephone:  (217)  544-1771
Fax: (217) 544-9894
jim@cavanagh-ohara.com