**E-FILED**
Tuesday, 09 November, 2004  11:07:48 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, GREAT PLAINS ANNUITY FUND, GREAT PLAINS ANNUITY PREMIUM FUND, NORTH CENTRAL LABORERS' WELFARE FUND, ILLINOIS LABORERS' TRAINING TRUST FUND, CENTRAL ILLINOIS BUILDERS INDUSTRIAL ADVANCEMENT FUND, NORTH CENTRAL ILLINOIS LABORERS' AND EMPLOYERS' COOPERATION EDUCATION TRUST (NC LECET), CENTRAL ILLINOIS LABORERS' VACATION FUND, CENTRAL ILLINOIS MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS LABORERS' MARKET PRESERVATION FUND, CENTRAL ILLINOIS LABORERS' POLITICAL LEAGUE, OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION LOCAL #18, AREA #152, and LABORERS' LOCAL #362 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) No.    04-3209 |
| | ) |
| COIT, INC., d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD, | ) ) |
| | ) |
| Defendant. | ) |

**AMENDED AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES**

I, JAMES P. MOODY, having first been duly sworn on oath, state that the following

itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 06/16/04 | Received and reviewed correspondence from Dan Koeppel of Fund Office regarding payroll compliance audit of employer, known delinquent contributions due, authorization to file suit and applicable information with regard to same; Research corporate information; Preparation of first and final demand letter to employer with regard to compliance with audit and payment of delinquencies. | 1.00 |

1



| | | |
|---|---|---|
| 06/21/04 | Received and reviewed returned certified mail as "not deliverable as addressed"; Research address; Revise first and final notice and re-send. | 0.30 |
| 06/24/04 | Received and reviewed certified mail returned again as "not deliverable as addressed"; Research address again; Attempt to contact employer via telephone (two numbers) with no answer at either; Telephone conference with Mansfield Post Office; Coit indicated as having moved over a year ago; Review file; Revise letter and forward to Mahomet address. | 1.00 |
| 07/02/04 | Review file; Preparation of draft two count Complaint for payroll compliance audit and known delinquencies; Preparation of Affidavit in Support of Attorney's Fees, Certificate of Interest, draft Civil Cover Sheet, and draft Summons; Telephone conference with Champaign County Sheriff regarding fee for service of Summons and Complaint. | 2.00 |
| 09/17/04 | Finalize Complaint, Affidavit in Support of Attorney's Fees, Summons, Civil Cover Sheet and Certificate of Interest; Assembly of Complaint with exhibits; Transmittal of same for filing via electronic filing. | 1.00 |
| 10/08/04 | Receipt and review of Proof of Service of Summons; Transmittal of same via e-file to U.S. District Court. | 0.50 |
| 10/26/04 | Review file; Preparation of draft Default Judgment pleadings; Preparation of draft Amended Affidavit in Support of Attorney's Fees. | 1.00 |
| 11/05/04 | Finalize Request for Entry of Default, Affidavit and proposed Order; Finalize Amended Affidavit in Support of Attorney's Fees; Transmittal of first Default Judgment pleadings to U.S. District Court via e-file. | 0.50 |
| 11/09/04 | Receipt and review of Order of default as entered by the Honorable Judge Byron Cudmore; Revise Amended Affidavit in Support of Attorney's Fees, Motion for Default Judgment, Order and Notice of Filing; Transmittal of same to U.S. District Court via e-file. | 0.35 |
| | TOTAL HOURS 7.65 x $175.00 PER HOUR | $1,338.75 |
| 09/17/04 | U.S. District Court – filing fee | $150.00 |
| 09/17/04 | Champaign County Sheriff – service fee | 49.00 |
| | **TOTAL COSTS AND FEES** | **$1,537.75** |

2

FURTHER THIS AFFIANT SAYETH NAUGHT.

JAMES P. MOODY
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL  62705
Telephone:  (217)  544-1771
Fax: (217) 544-9894
jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this __9th__ day of November, 2004.

OFFICIAL SEAL
**RITA DOLACK**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-8-2006

Notary Public

F:\files\CENTRAL\Coit Excavating, Coit, Inc., Central IL Hardwood\A-Coit.AUD.DEL.FEE.DJ.wpd