**E-FILED**
Tuesday, 09 November, 2004  11:08:02 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, GREAT PLAINS ANNUITY FUND, GREAT PLAINS ANNUITY PREMIUM FUND, NORTH CENTRAL LABORERS' WELFARE FUND, ILLINOIS LABORERS' TRAINING TRUST FUND, CENTRAL ILLINOIS BUILDERS INDUSTRIAL ADVANCEMENT FUND, NORTH CENTRAL ILLINOIS LABORERS' AND EMPLOYERS' COOPERATION EDUCATION TRUST (NC LECET), CENTRAL ILLINOIS LABORERS' VACATION FUND, CENTRAL ILLINOIS MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS LABORERS' MARKET PRESERVATION FUND, CENTRAL ILLINOIS LABORERS' POLITICAL LEAGUE, and LABORERS' LOCAL #362 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) | No.    04-3209 |
| COIT, INC., d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD, | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF FILING**
**OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

TO:  Mr. Chad Coit, President
Coit, Inc./Coit Excavating/Central IL Hardwood
5 County Road 2300 North
Mahomet, IL 61853

NOTICE IS HEREBY GIVEN to you that the Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, by and through its attorneys filed a Motion for Default Judgment against you on the 9th day of November, 2004.

YOU ARE HEREBY NOTIFIED that the Honorable Court may rule on Plaintiffs' Motion without further notice to you seven (7) days after filing.

DATED this 9th day of November, 2004.

CENTRAL LABORERS' PENSION FUND, *et al.*,
Plaintiffs,


By: _____s/ James P. Moody_____
    JAMES P. MOODY
    **CAVANAGH & O'HARA**
    Attorneys for Plaintiffs
    407 East Adams
    Post Office Box 5043
    Springfield, IL  62705
    Telephone:  (217)  544-1771
    Fax: (217) 544-9894
    jim@cavanagh-ohara.com

F:\files\CENTRAL\Coit Excavating, Coit, Inc., Central IL Hardwood\Default Judgment Pleadings.wpd