E-FILED
Wednesday, 15 December, 2004 01:15:31 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, GREAT PLAINS ANNUITY FUND, GREAT PLAINS ANNUITY PREMIUM FUND, NORTH CENTRAL LABORERS' WELFARE FUND, ILLINOIS LABORERS' TRAINING TRUST FUND, CENTRAL ILLINOIS BUILDERS INDUSTRIAL ADVANCEMENT FUND, NORTH CENTRAL ILLINOIS LABORERS' AND EMPLOYERS' COOPERATION EDUCATION TRUST (NC LECET), CENTRAL ILLINOIS LABORERS' VACATION FUND, CENTRAL ILLINOIS MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS LABORERS' MARKET PRESERVATION FUND, CENTRAL ILLINOIS LABORERS' POLITICAL LEAGUE, and LABORERS' LOCAL #362<br><br>Plaintiffs,<br><br>vs.<br><br>COIT, INC., d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No.    04-3209 |

FILED
DEC 15 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### ORDER

This cause coming to be heard on Plaintiffs' Motion for Default Judgment, and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon the Defendant, COIT, INC. d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD, and that the Defendant has failed to answer or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded a Default Judgment against Defendant, COIT, INC. d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD, as follows:

A. Judgment is entered in favor of the Plaintiffs and against the Defendant for an account be taken by the Plaintiffs for the period from November 1, 2001, to June 30, 2004, as to wages

received and hours worked by Defendant's employees to determine amounts required to be paid by the Defendant to the Plaintiffs;

B. That Defendant is ordered to pay Plaintiffs delinquent contributions in the amount of $951.45, and further, any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered;

C. Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments;

D. Defendant is ordered to pay to the Plaintiffs its attorney fees in the amount of $1,537.75, as provided by 29 U.S.C. Section 1132(g)(2); and

E. Defendant is ordered to pay all costs attendant to the cost of these proceedings.

ENTERED this 9th day of December, 2004.

s/Jeanne E. Scott
United States District Judge