AO 450 (Rev. 5/85) Judgment in a Civil Case

## United States District Court
CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**Central Laborers' Pension Fund, et al.**

vs.                                            Case Number: **04-3209**

**COIT, Inc. d/b/a COIT Excavating**
**a/k/a Central Illinois Hardwood**

[ ]  **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to an order entered by the Honorable Jeanne E. Scott, judgment is entered in favor of the plaintiffs and against the defendant for wages for the period of 11/1/01 to 6/30/04; delinquent contributions in the amount of $951.45, and further, any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered; attorney fees in the amount of $1,537.75; and costs.

ENTER this 15th day of December, 2004

JOHN M. WATERS, CLERK

_____s/Christy Taylor_____
BY:  DEPUTY CLERK