AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **Central Laborers' Pension Fund, et al.** | **AMENDED JUDGMENT** |
| vs. | Case Number: **04-3209** |
| **COIT, Inc. d/b/a COIT Excavating a/k/a Central Illinois Hardwood** | |

[ ] **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

Wednesday, 15 December, 2004 01:27:43 PM
Clerk, U.S. District Court, ILCD

XX **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to an order entered by the Honorable Jeanne E. Scott, judgment is entered in favor of the plaintiffs and against the defendant for audit for the period of 11/1/01 to 6/30/04 as to wages; delinquent contributions in the amount of $951.45, and further, any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered; attorney fees in the amount of $1,537.75; and costs.

ENTER this 15th day of December, 2004

JOHN M. WATERS, CLERK

_____s/Christy Taylor_____
BY: DEPUTY CLERK