E-FILED
Wednesday, 13 April, 2005 10:54:30 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL LABORERS' PENSION FUND, GREAT )
PLAINS ANNUITY FUND, GREAT PLAINS ANNUITY )
PREMIUM FUND, NORTH CENTRAL LABORERS' )
WELFARE FUND, ILLINOIS LABORERS' TRAINING )
TRUST FUND, CENTRAL ILLINOIS BUILDERS )
INDUSTRIAL ADVANCEMENT FUND, NORTH )
CENTRAL ILLINOIS LABORERS' AND EMPLOYERS' )
COOPERATION EDUCATION TRUST (NC LECET), )
CENTRAL ILLINOIS LABORERS' VACATION FUND, )
CENTRAL ILLINOIS MIDWEST REGION )
FOUNDATION FOR FAIR CONTRACTING, CENTRAL )
ILLINOIS LABORERS' MARKET PRESERVATION )
FUND, CENTRAL ILLINOIS LABORERS' POLITICAL )
LEAGUE, and LABORERS' LOCAL #362 )
                                          )
                    Plaintiffs,           )
    vs.                                   )   No.    04-3209
                                          )
COIT, INC., d/b/a COIT EXCAVATING a/k/a CENTRAL )
ILLINOIS HARDWOOD,                        )
                                          )
                    Defendant.            )

## MOTION FOR ORDER TO SHOW CAUSE

NOW COME Plaintiffs, CENTRAL LABORERS' PENSION FUND, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and for its Motion for Order To Show Cause states to the Court as follows:

1.  That on December 15, 2004, this Court entered an Order for Default Judgment against the Defendant, COIT, INC., d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD.

2.  That Chad Coit is the President of Defendant, COIT, INC., d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD.

3.  The Order required that Defendant submit to Plaintiffs any and all documents and respective forms necessary for an account to be taken by the Plaintiffs for the period from November 1, 2001, to June 30, 2004, as to wages received and hours worked by Defendant's employees to determine amounts required to be paid by the Defendant to the Plaintiffs.

4.  The Order further required that Defendant pay Plaintiffs known delinquent

contributions and attorney fees in the total amount of $2,489.20.

5. Defendant has failed to provide any records for an audit and payment for known delinquencies as ordered by this Court.

WHEREFORE, Plaintiffs pray that this Court enter an Order upon Chad Coit, President of Defendant, COIT, INC., d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD, to show what cause, if any, he has why he should not be held in contempt of Court for his failure to abide by this Court's Order to provide all records for an audit and payment of known delinquent contributions.

Respectfully submitted,
CENTRAL LABORERS' PENSION FUND, *et al.*,
Plaintiffs,

By: ___s/ James P. Moody___
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
jim@cavanagh-ohara.com

STATE OF ILLINOIS    )
                                       ) ss
COUNTY OF SANGAMON )

## VERIFICATION

I, JAMES P. MOODY, being first duly sworn upon oath, depose and state that I have read the foregoing instrument, understand the contents thereof, believe the same to be true and correct to the best of my knowledge and belief and have affixed my signature thereto for the uses and purposes therein set forth.

                                                                       s/ James P. Moody
                                                                      JAMES P. MOODY
                                                                      **CAVANAGH & O'HARA**
                                                                      407 East Adams Street
                                                                      Post Office Box 5043
                                                                      Springfield, IL 62705
                                                                      Telephone: (217) 544-1771
                                                                      Fax: (217) 544-9894
                                                                      jim@cavanagh-ohara.com

Subscribed and sworn to before me, a Notary Public, this 13th day of April, 2005.

                                                               Rita Dolack
                                                                Notary Public

OFFICIAL SEAL
**RITA DOLACK**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-8-2006

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 13th day of April, 2005:

> Mr. Chad Coit, President
> Coit, Inc./Coit Excavating/Central IL Hardwood
> 5 County Road 2300 North
> Mahomet, IL 61853

and that the original was filed with the Clerk of the Circuit Court in which said case is pending.

By: s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams Street
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Fax: (217) 544-9894
jim@cavanagh-ohara.com