E-FILED
Wednesday, 13 April, 2005  10:54:46 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, GREAT PLAINS ANNUITY FUND, GREAT PLAINS ANNUITY PREMIUM FUND, NORTH CENTRAL LABORERS' WELFARE FUND, ILLINOIS LABORERS' TRAINING TRUST FUND, CENTRAL ILLINOIS BUILDERS INDUSTRIAL ADVANCEMENT FUND, NORTH CENTRAL ILLINOIS LABORERS' AND EMPLOYERS' COOPERATION EDUCATION TRUST (NC LECET), CENTRAL ILLINOIS LABORERS' VACATION FUND, CENTRAL ILLINOIS MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING, CENTRAL ILLINOIS LABORERS' MARKET PRESERVATION FUND, CENTRAL ILLINOIS LABORERS' POLITICAL LEAGUE, and LABORERS' LOCAL #362, Plaintiffs, vs. COIT, INC., d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD, Defendant. | No.   04-3209 |

## ORDER FOR RULE TO SHOW CAUSE

This cause coming on to be heard upon the verified petition of CENTRAL LABORERS' PENSION FUND, *et al.*, and the Court having reviewed same, finds that same should be granted.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Chad Coit, President of COIT, INC., d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD, shall be, and hereby is ordered to be and appear before the Honorable Judge Jeanne E. Scott on the _____ day of _____, 2005, at __.m., in Courtroom ____, 600 East Monroe, Springfield, Illinois, and then and there show what cause, if any he has, why he should not be held in contempt of Court for his failure to abide by the Order entered on December 15, 2004.

A copy of this Order to Show Cause shall be served upon Chad Coit, President of Defendant, COIT, INC., d/b/a COIT EXCAVATING a/k/a CENTRAL ILLINOIS HARDWOOD, by the U.S. Marshal's Office.

ENTERED this ____ day of _____, 2005.

_____
JUDGE