CONTROL #                              SHERIFF'S OFFICE OF CHAMPAIGN COUNTY, ILLINOIS
Case #:                    Type ORD          Def#- 1 of 1   Origin-
Court Date: 6/24/2005   Date Filed: 5/25/2005   Date Rec'd:

Defendant: COIT CHAD                                    Attempted Services
Address: _____        Date    Time

Emplyer: COIT EXCAVATING                           524 CARD   6/2/05  10:__
Address: 5 CR 2300 N, MAH

Plaintiff: CENTRAL LABORERS PEN SION FUND    LEAVE IN SGT MILLS BOX
Address:
Phone:                          PICK-UP AT OFFICE
Service Info/Comments:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  062405 @ 9:00AM/US DISTRICT COURT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
I Certify that I served this process on the defendant as follows:

✓  1-PERSONAL SERVICE: By leaving a copy of the _____ORDER_____ and
    complaint with the named defendant personally.

___ 2-SUBSTITUTE SERVICE: By leaving a copy of said _____ORDER_____ at his
    usual place of abode with a person of the family of said defendant
    of age 13 years or upward and by informing such person with whom said
    _____ORDER_____ was left of the contents thereof and by also sending
    a copy of said PROCESS in a sealed envelope, postage fully prepaid,
    addressed to the said defendant at his usual place of abode.

___ 3-CORPORATION SERVICE: By leaving a copy of the _____ORDER_____
    with an agent of said corporation.

___ 4-NOT FOUND: The within named defendant not found in this county.

___ 5-OTHER ( ORDER ): _____
Person Served: CHAD COIT            Address: 5CR 2300N
SEX M  RACE W  DOB 4/2/72  HT 6'0  WT 240  Mailed Date:
Date Served: 1708- 6/2/05  Time: 1708                      53100
DAN WALSH, SHERIFF CHAMPAIGN COUNTY  BY: _____ ,DEPUTY
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

                    REASON NOT SERVED:
          ___ 01 MOVED - NO FORWARDING   ___ 06 EMPLOYER REFUSAL
          ___ 02 NO SUCH ADDRESS         ___ 07 DECEASED
          ___ 03 NO CONTACT MADE         ___ 08 EVADED SERVICE
          ___ 04 WRONG ADDRESS           ___ 09 RETURNED PER ATTY
          ___ 05 MOVED - FORWARDING_____,
ATT/PLF                     POOR PERSON OR    SHERIFF'S SERVICE FEES
                              NO CHARGE____    SERVICE_____$_____
CAVANAUGH & OHARA                              MILES TRAVELED $_____
PO BOX 5043                                    RETURN         $_____
                        BALANCE DUE____        TOTAL          $_____
SPRINGFIELD IL 62705

IT IS IMPORTANT THAT THIS SHEET IS ATTACHED TO YOUR PAYMENT.
IT WILL BE RETURNED TO YOU WITH YOUR RECEIPT.